

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00278-CR

Marco Antonio **CONTRERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8169
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

After an abatement for appointment of new counsel, appellant's brief was due September 16, 2022. We granted the first motion for extension of time filed by appellant's newly appointed counsel, extending the deadline for filing the brief to October 17, 2022. On October 17, 2022, appellant filed a motion requesting an additional extension of time to file the brief until November 16, 2022, for a total extension of sixty-one days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by November 16, 2022. Further requests for extensions of time will be disfavored.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court